**Memorandum Opinion Withdrawn; Reinstated; and Order filed August 15, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-01117-CV

———————

**MORLOCK, L.L.C., Appellant**

**V.**

**NATIONSTAR MORTGAGE, LLC, Appellee**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2012-13507**

## ORDER

On July 23, 2013, this court dismissed this appeal for want of prosecution because no appellant's brief had been filed. *See* Tex. R. App. P. 42.3(b). On August 13, 2013, appellant filed its brief and advised this court that it had attempted to file its brief in response to this court's order on June 25, 2013, but its e-filing was rejected.

On the court's own motion, we order our opinion of July 23, 2013, **WITHDRAWN**, and our judgment of the same date **VACATED**, and the appeal **REINSTATED.** Appellee's brief shall be due on or before **September 16, 2013,** subject to any extensions of time that may be granted.

PER CURIAM